UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

ARLENE HODGES, et al.

      Plaintiffs,

  v.

BON SECOURS HEALTH SYSTEM, INC., et al.,

      Defendants.

Civil No. 1:16-cv-01079-RDB

**[PROPOSED] ORDER GRANTING REQUEST TO STAY ALL FURTHER PROCEEDINGS PENDING THE SUPREME COURT'S RULING ON THREE OTHER CONSOLIDATED CHURCH PLAN CASES**

THIS MATTER having come before the Court on Plaintiffs' and Defendants' Request to Stay All Further Proceedings Pending the Supreme Court's Ruling On Three Other Consolidated Church Plan Cases, the Court having reviewed the Motion, being advised in the premises, and finding that cause exists to approve the Motion;

IT IS ORDERED that the Motion is approved; and

IT IS FURTHER ORDERED that all proceedings in this matter, including discovery, are stayed until such time as the Supreme Court issues its opinion in the consolidated church plan cases before it, *Advocate Health Care Network v. Stapleton*, 817 F.3d 517 (7th Cir. 2016), *cert. granted*, 85 U.S.L.W. 3039 (U.S. Dec. 2, 2016) (No. 16-74); *St. Peter's Healthcare System v. Kaplan*, 810 F.3d 175 (3d Cir. 2015), *cert. granted*, 85 U.S.L.W. 3052 (U.S. Dec. 2, 2016) (No.

16-86); and *Dignity Health v. Rollins*, 830 F.3d 900 (9th Cir. 2016), *cert. granted*, 85 U.S.L.W. 3080 (U.S. Dec. 2, 2016) (No. 16-258); and

IT IS FURTHER ORDERED that Defendants shall answer or otherwise respond to Plaintiffs' Second Consolidated Amended Class Action Complaint on or before 60 days from the date the United States Supreme Court issues its opinion in the consolidated church plan cases; and

IT IS FURTHER ORDERED that upon filing of the Second Consolidated Amended Class Action Complaint, Defendants' Motion to Dismiss (EFC 70) becomes moot.

SO ORDERED this \_\_\_\_\_ day of _____, 2017

---

Hon. Richard D. Bennett
United States District Judge