# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| ARLENE HODGES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 1:16-cv-01079-RDB |
| v. ) | |
| ) | |
| BON SECOURS HEALTH SYSTEM, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

On April 12, 2017 the parties filed a joint notice of settlement stating that they had successfully mediated a resolution of this case. ECF No. 85. They requested that the case be stayed pending filing of Plaintiffs' motion for preliminary approval of the settlement. **IT IS HEREBY ORDERED** that the case is stayed pending Plaintiffs' filing of a motion for preliminary approval of the settlement. Plaintiffs shall file a motion for preliminary approval of the class action settlement on or before May 15, 2017.

**IT IS SO ORDERED.**

Dated: *April 17, 2017*

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE