# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| ARLENE HODGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BON SECOURS HEALTH )<br>SYSTEM, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:16-cv-1079 (RDB) |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Arlene Hodges, Carolyn Miller, and Gary Brown ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between the Parties; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2); (3) approving the form and method of Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, of payment of attorneys' fees and expenses, and of a potential Incentive Award to certain Plaintiffs.

Dated: May 31, 2017

                                            Respectfully submitted,

                                            COHEN MILSTEIN SELLERS & TOLL PLLC

                                              /s/ Julia Horwitz
                                            Julia Horwitz, MD Bar No. 19841

Karen L. Handorf (admitted *pro hac vice*)
Michelle C. Yau (admitted *pro hac vice*)
Scott Lempert (admitted *pro hac vice*)
Jamie Bowers (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: jhorwitz@cohenmilstein.com
khandorf@cohenmilstein.com
myau@cohenmilstein.com
slempert@cohenmilstein.com
jbowers@cohenmilstein.com

***Interim Class Counsel***

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 31, 2017, I electronically filed the foregoing Unopposed Motion for Preliminary Approval and Memorandum in support thereof, with the Declaration of Michelle C. Yau and attachments, using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

Dated: May 31, 2017

                                                   /s/ Julia Horwitz
                                                   Julia Horwitz