IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| ARLENE HODGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BON SECOURS HEALTH SYSTEM, INC., et al., )<br>)<br>Defendants. )<br>) | Civil No. 1:16-cv-01079-RDB |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF SETTLEMENT AGREEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Arlene Hodges, Carolyn Miller, and Gary Brown, by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on July 10, 2017 (ECF No. 107); and (2) granting final certification of the Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2).[1] Defendants do not oppose the relief sought herein. For the reasons fully set forth in the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class, Plaintiffs respectfully request that the Court GRANT the Motion and enter the Proposed Order, filed herewith.

Dated: October 13, 2017             Respectfully submitted,

                                    COHEN MILSTEIN SELLERS & TOLL PLLC

---

[1] Plaintiffs file the instant Motion contemporaneously with their Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and for Incentive Awards to Named Plaintiffs.

2280447.1

/s/ Julia Horwitz
Julia Horwitz (MD Bar# 19841)
Karen L. Handorf (admitted *pro hac vice*)
Mary J. Bortscheller (admitted *pro hac vice*)
Jamie Bowers (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: jhorwitz@cohenmilstein.com
khandorf@cohenmilstein.com
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com
jbowers@cohenmilstein.com


*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Julia Horwitz
Julia Horwitz

**2280447.1**