# Exhibit B

*Hodges v. Bon Secours Health System, Inc. et al*, 16-1079-RDB (D.Md.)

**Cohen Milstein Sellers & Toll PLLC Lodestar and Expenses**
Case Development and Inception – October 12, 2017

| Timekeeper | Hours | Rate | Lodestar |
|---|---|---|---|
| **Attorneys:** | | | |
| Handorf, Karen, L. | 254 | $880 | $223,520.00 |
| Yau, Michelle, C. | 281.25 | $660 | $185,625.00 |
| Bortscheller, Mary, J. | 132.5 | $515 | $68,237.50 |
| Hettinger, Kira | 107.75 | $445 | $47,948.75 |
| Lempert, Scott | 392.25 | $700 | $274,575.00 |
| Bowers, Jamie | 586 | $425 | $249,050.00 |
| Horwitz, Julia | 18.75 | $465 | $8,718.75 |
| Other Attorneys: | 210 | | $100,003.75 |
| Subtotal: | 1,982.5 | | $1,157,678.75 |
| | | | |
| **Professionals:** | | | |
| Tenenbaum, Kate | 21.75 | $270 | $5,872.50 |
| Dewees, Maria | 12.75 | $280 | $3,570.00 |
| Grant-Knight, Connor | 182.25 | $280 | $51,030.00 |
| Other Professionals: | 150.5 | | $41,936.25 |
| Subtotal: | 367.25 | | $102,408.75 |
| | | | |
| **TOTAL LODESTAR:** | 2,349.75 | | $1,260,087.50 |

| Description of Expense | Amount |
|---|---|
| Copies | $21.30 |
| Telephone/Facsimile | $107.49 |
| Postage/Express Delivery | $140.76 |
| Court Costs | $1,277.25 |
| Computer Research | $7,814.56 |
| Travel (Airfare, ground travel, meals, lodging) | $2,598.93 |
| Mediation Services | $6,223.77 |
| Other Professional Services | $1,695.40 |
| Miscellaneous | $262.64 |
| | |
| **TOTAL EXPENSES:** | $20,142.10 |