# EXHIBIT A

**Hodges v. Bon Secours Health System, Inc., No. 1-16-cv-01079 - Attorneys' Fees**

**Firm Name: Keller Rohrback LLP**

**Reporting Period: Case Development & Inception - October 12, 2017**

| Timekeeper | Hours | Rate | Lodestar |
|---|---|---|---|
| **Attorneys:** | | | |
| Laurie Ashton | 67.20 | $840 | $ 56,448.00 |
| Laura Gerber | 63.70 | $750 | $ 47,775.00 |
| Matthew Gerend | 20.70 | $525 | $ 10,867.50 |
| Christopher Graver | 50.10 | $800 | $ 40,080.00 |
| Ron Kilgard | 173.80 | $895 | $ 155,551.00 |
| Lynn Lincoln Sarko | 104.40 | $940 | $ 98,136.00 |
| Havila Unrein | 56.00 | $600 | $ 33,600.00 |
| Other Attorneys | 3.00 | | $ 2,250.00 |
| **Sub-Total:** | **538.90** | | **$ 444,707.50** |
| | | | |
| **Professionals:** | | | |
| A.J. de Vries | 56.30 | $260 | $ 14,638.00 |
| Other Professionals | 20.10 | | $ 5,788.50 |
| **Sub-Total:** | **76.40** | | **$ 20,426.50** |
| | | | |
| **TOTAL:** | **615.30** | | **$ 465,134.00** |

**Hodges v. Bon Secours Health System, Inc., No. 1-16-cv-01079**

**FIRM NAME: Keller Rohrback LLP**

**REPORTING PERIOD: Inception - October 12, 2017**

| Description | | Amount |
|---|---|---:|
| Computer Research | $ | 78.93 |
| Conformed Copy | $ | 9.00 |
| Copies - Internal | $ | 10.20 |
| Court Costs | $ | 150.00 |
| Internet Notice | $ | 13.15 |
| Miscellaneous | $ | 78.40 |
| Telephone/Facsimile | $ | 15.39 |
| Travel (Air fare, ground travel, meals, lodging) | $ | 13,236.34 |
| | | |
| **TOTAL** | **$** | **13,591.41** |