UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| ARLENE HODGES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 1:16-cv-01079-RDB |
| v. ) | |
| ) | |
| BON SECOURS HEALTH SYSTEM, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SARAH M. ADAMS
## REGARDING DELIVERY OF CAFA NOTICES

Pursuant to section 1746 of Title 28 of the United States Code, I, SARAH M. ADAMS, declare as follows:

1.    I am an attorney and principal with Groom Law Group, Chartered, counsel for defendants Bon Secours Health System, Inc.; Bon Secours, Inc.; the Benefit Plan Administrative Committee; and all past and present members of the Benefit Plan Administrative Committee (collectively, "Defendants") in the above-captioned matter.

2.    I submit this Declaration detailing Defendants' compliance with the notice requirements for class action settlements pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA").

3.    Attached hereto as Exhibit 1 is a true and correct copy of the CAFA notice sent, on July 7, 2017, to the Attorney General for each state (as well as the District of Columbia and Puerto Rico) in which a class member resides.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the CAFA notice sent, on September 22, 2017, to the Attorney General for the United States of America.

5.      Exhibits 1 and 2 conveyed information required by 28 U.S.C. § 1715(b)(1)-(8) and enclosed eight attachments (copies of the Class Action Complaint filed by Arlene Hodges; the Class Action Complaint filed by Carolyn Miller; the Consolidated Amended Class Action Complaint filed by Hodges and Miller; the Second Consolidated Amended Class Action Complaint filed by Hodges, Miller, and Gary Brown; the proposed Notice of Proposed Settlement of a Class Action; the proposed Class Action Settlement Agreement; the proposed Order Preliminarily Approving the Settlement, Certifying the Class, Approving Notice to the Class, and Scheduling Final Approval Hearing; and the proposed Order and Final Judgment).

6.      Defendants' counsel has received no objection in response to the CAFA notices.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of October, 2017.

Sarah M. Adams
Groom Law Group, Chartered
1701 Pennsylvania Ave., N.W., Ste. 1200
Washington, D.C. 20006
Tel.: (202) 861-5432
Fax: (202) 659-4503
sadams@groom.com

***Attorney for Defendants***

# EXHIBIT 1



Lars C. Golumbic
(202) 861-6615
lgolumbic@groom.com

July 7, 2017

## VIA FEDERAL EXPRESS/UPS

To:   Federal and State Officials per 28 U.S.C. § 1715
      (See Distribution List Attached)

Re:   CAFA Notification for the Proposed Settlement in *Hodges v. Bon Secours Health System, Inc.*, Case No. 1:16-cv-01079 (RDB) (D. Md. filed Apr. 11, 2016)

This notification is being sent to you pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(b), to inform you of a proposed class action settlement.

**Court:** United States District Court for the District of Maryland.

**Case Caption:** *Hodges v. Bon Secours Health System, Inc.*, Case No. 1:16-cv-01079 (RDB) (D. Md. filed Apr. 11, 2016)

**Named Defendants:** Bon Secours Health System, Inc.; Bon Secours, Inc.; and The Benefit Plan Administrative Committee, and its individual members.

**Documents Enclosed:**

The following documents include those required by 28 U.S.C. § 1715(b)(1), (3), and (4), and are copied on the enclosed CD in PDF format:

- Class Action Complaint filed by Arlene Hodges, filed on April 11, 2016 (Doc. # 1);

- Class Action Complaint filed by Carolyn Miller, filed on April 18, 2016 (Doc. # 1);

- Consolidated Amended Class Action Complaint filed by Arlene Hodges and Carolyn Miller, filed on October 11, 2016 (Doc. # 69);

- Second Consolidated Amended Class Action Complaint filed by Arlene Hodges, Carolyn Miller, and Gary Brown, filed on January 13, 2017 (Doc. # 77);

- [Proposed] Notice of Proposed Settlement of a Class Action, filed on May 31, 2017 (Doc. # 90-5);

- [Proposed] Class Action Settlement Agreement, filed on May 31, 2017 (Doc. # 90-3);

GROOM LAW GROUP

July 7, 2017
Page 2

- [Proposed] Order Preliminarily Approving the Settlement, Certifying the Class, Approving Notice to the Class, and Scheduling Final Approval Hearing, filed on May 31, 2017 (Doc. # 90-4); and

- [Proposed] Order and Final Judgment, filed on May 31, 2017 (Doc. # 90-6).

As required by 28 U.S.C. § 1715(b)(2), we inform you that the Court has scheduled a Preliminary Fairness Hearing for July 10, 2017.

As required by 28 U.S.C. § 1715(b)(5), we inform you that Class Counsel and Defendants' Counsel have made no other settlement or agreement contemporaneously to the Class Action Settlement Agreement.

As required by 28 U.S.C. § 1715(b)(6), we inform you that no final judgment or notice of dismissal has been entered.

Regarding the Group A Settlement Class, as required by 28 U.S.C. § 1715(b)(7)(A), we inform you that, at this time, it is not feasible to provide A names of all class members (which includes all vested or non-vested present and past participants and beneficiaries of the plans at issue). Based on the information currently available regarding participants in the plans at issue, we believe that (in the aggregate) roughly 29,262 individuals are members of the Group A Settlement Class. In addition, it is not feasible at this time to estimate the proportionate share of the claims of such members to the entire settlement. Because the plans involved in this case are defined benefit pension plans, and not defined contribution plans like a 401(k) plan with individual accounts, the settlement proceeds (which will take the form of funding amounts) will be contributed to the plans as a whole, rather than to the individual accounts of the plans' participants and beneficiaries.

Therefore, as required by 28 U.S.C. § 1715(b)(7)(B), we inform you that we currently believe that the members of the Group A Settlement Class reside in the following states (with a preliminary estimate of the number of the Group A Settlement Class members who reside in the indicated state): AL (24); AK (5); AZ (57); AR (11); CA (86); CO (26); CT (28); DE (19); D.C. (5); FL (331); GA (89); HI (11); ID (4); IL (39); IN (17); IA (5); KS (4); KY (1,201); LA (13); ME (8); MD (2,137); MA (28); MI (2,570); MN (7); MS (8); MO (17); MT (4); NE (1); NV (36); NH (7); NJ (1,163); NM (6); NY (1,456); NC (260); ND (1); OH (465); OK (2); OR (13); PA (1,215); PR (13); RI (6); SC (1,107); SD (1); TN (54); TX (121); UT (2); VT (5); VA (16,462); WA (20); WV (76); and WI (16).

Regarding the Group B Settlement Class, as required by 28 U.S.C. § 1715(b)(7)(A), we inform you that, based on the information currently available regarding participants in the Hampton Roads Plan, we believe that (in the aggregate) roughly 530 individuals are members of the Group B Settlement Class. Attachment A to this Notice provides the names of the roughly 530 Group B Settlement Class members who reside in each state, and the estimated proportionate share of the

**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com

GROOM LAW GROUP

July 7, 2017
Page 3

settlement that they represent.  Attachment B summarizes the estimated proportionate share of the entire settlement for each state.

As required by 28 U.S.C. § 1715(b)(8), we inform you that no written judicial opinion relating to the materials listed above has been issued.

If you have questions about this notice, the litigation, or the enclosed materials, please contact Defendants' Counsel:

Lars C. Golumbic
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW, Suite 1200
Washington, D.C. 20006-5811
Phone: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com

Sincerely,

Lars C. Golumbic

cc:     Jamie Bowers, Esq.
        Karen L. Handorf, Esq.
        Julia Ann Horwitz, Esq.
        Scott Michael Lempert, Esq.
        Michelle Yau, Esq.

GROOM LAW GROUP

July 7, 2017
Page 4

# ATTACHMENT A

| Name | State | Percentage of Settlement | Name | State | Percentage of Settlement |
|---|---|---|---|---|---|
| Young, Kimberly R | AL | 0.13% | Hundley, Carla | VA | 0.19% |
| Welch, Jw | CO | 0.11% | Hunt, Arnisha D | VA | 0.07% |
| Abreu, Jacqueline A | FL | 0.23% | Hussey, Brianna M | VA | 0.11% |
| Delarosa, Jasmin M | FL | 0.09% | Hutton, Sandra L | VA | 0.21% |
| Dushuttle, Kelly N | FL | 0.17% | Hynes, Joyce H | VA | 0.15% |
| Ekanem, Eno-Obong I | FL | 0.11% | Iavarone, Gale A | VA | 0.22% |
| Getrige, Stacey A | FL | 0.24% | Iuliano, Mary Beth | VA | 0.17% |
| Ligouri, Lorene D | FL | 0.53% | Jackson, Valerie R | VA | 0.26% |
| Phillips, Jewel P | FL | 0.23% | Jacob, Blessy | VA | 0.23% |
| Rabanal, Maria | FL | 0.16% | Jacobs, Evangeline M | VA | 0.11% |
| Walton, Jennifer | FL | 0.13% | James, Kim | VA | 0.13% |
| Winter, Sarah | GA | 0.04% | James, Yulvonna K | VA | 0.07% |
| Miyano, Tonya M | HI | 0.58% | Jamison, Diane | VA | 0.16% |
| Flannery, Melisa | IL | 0.06% | Jennings, Kelly J | VA | 0.29% |
| Ford, Regina K | KY | 0.27% | Jerome-Leacock, Suzie | VA | 0.11% |
| Naftaly, Carolyn D | KY | 0.07% | Johnson, Mandy | VA | 0.17% |
| Fussman, Karen | MI | 0.08% | Johnson, Mildred | VA | 0.21% |
| Penny, Meridie A | MO | 0.19% | Johnston, Mary C | VA | 0.15% |
| Self, Lynn T | MO | 0.11% | Jones, Boneta | VA | 0.10% |
| Brandt, Amanda F | NC | 0.09% | Jones, Kimberly A | VA | 0.18% |
| Flint, Tiffany M | NC | 0.25% | Jones, Lisa | VA | 0.23% |
| George, Felicia R | NC | 0.15% | Jones, Mechelle A | VA | 0.11% |
| Gibbs, James R | NC | 0.14% | Jones, Michelle A | VA | 0.10% |
| Griffin, Christine | NC | 0.22% | Jones, Quincy L | VA | 0.10% |
| Johnson, Bobbie J | NC | 0.26% | Jordan, Gwendolyn | VA | 0.19% |
| Nelson, Katrina L | NC | 0.26% | Juma, Edwin | VA | 0.16% |
| Pittard, Lisa L | NC | 0.27% | Kaleikini, Naomi K | VA | 0.33% |
| Robbins, Kelli R | NC | 0.22% | Karganilla, Roland F | VA | 0.08% |
| Ruperd, Kristie | NC | 0.00% | Kazaoka, Christy S | VA | 0.36% |
| Sage, Carol | NC | 0.44% | Kearns, Mary C | VA | 0.24% |
| Simons, Karen H | NC | 0.26% | Kelley, Valerie B | VA | 0.09% |
| Slaterback, Scott P | NC | 0.15% | Kent, Kara | VA | 0.14% |
| Wilkerson, Amber L | NC | 0.33% | Kershaw, Adriene M | VA | 0.13% |
| Richardson, Carol J | NM | 0.31% | Kim, Trudy E | VA | 0.15% |
| Talmadge, Wendy L | NY | 0.11% | King, Gloria | VA | 0.16% |

GROOM LAW GROUP

July 7, 2017
Page 5

| Name | State | % | Name | State | % |
|------|-------|---|------|-------|---|
| Laughhunn, Brenda | OR | 0.21% | Kirby, Iris | VA | 0.11% |
| Caddle, Dianne P | PA | 0.36% | Klages, April | VA | 0.17% |
| Knight, Katina | PA | 0.20% | Kleiber, Susan | VA | 0.25% |
| Green, Myomi S | SC | 0.08% | Kleinfeld, Susan Grace | VA | 0.04% |
| Hilliard, Valerie L | SC | 0.16% | Kuehne, Beverly A | VA | 0.08% |
| Hoffer, Christopher A | SC | 0.16% | Lane, Monica D | VA | 0.22% |
| Hunter, Eric M | TX | 0.16% | Langham, Jessica L | VA | 0.12% |
| Proctor, Debra A | TX | 0.09% | Langhorne, Nancy | VA | 0.33% |
| Rodriguez, Renelli E | TX | 0.37% | Larimore, Luke A | VA | 0.13% |
| Sammons, James H | TX | 0.82% | Lasmarias, Elizabeth | VA | 0.19% |
| Sinkovics, Michelle E | TX | 0.35% | Latta, Sandra | VA | 0.13% |
| Allen, Tammy M | VA | 0.24% | Lee, Valerie M | VA | 0.10% |
| Allen, Virginia J | VA | 0.24% | Lewis, Lorraine | VA | 0.27% |
| Allnutt, Rachel D | VA | 0.16% | Lewis, Vanessa I | VA | 0.06% |
| Amato, Lauren | VA | 0.25% | Lilly, Stephen D | VA | 0.23% |
| Anderson, Kimberly D | VA | 0.18% | Linhardt, Leigh A | VA | 0.23% |
| Anderson, William | VA | 0.09% | Little, Kristin | VA | 0.17% |
| Araneta, Gene D | VA | 0.07% | Lomashvili, Elmira | VA | 0.05% |
| Armstrong, Judith E | VA | 0.35% | Lue, Lisa R | VA | 0.13% |
| Artis, Robert E | VA | 0.07% | Madison, Evelyn | VA | 0.04% |
| Artrip, John H | VA | 1.30% | Mangual, Marina A | VA | 0.21% |
| Auerbach, Shelly Diane | VA | 0.33% | Manley, Lisa | VA | 0.09% |
| Austin, Alphe B | VA | 0.16% | Mann, Tamira J | VA | 0.20% |
| Autrey, Eve B | VA | 0.28% | Marcelo, Kristine J | VA | 0.22% |
| Aydlette, Barbara L | VA | 0.16% | Marine, Evelyn G | VA | 0.16% |
| | | | Martin, Anna-Gaye Racquel | VA | 0.06% |
| Bailey, Craig R | VA | 0.17% | | | |
| Bailey, Denise S | VA | 0.11% | Martin, Susan R | VA | 0.05% |
| Bailey, Sheila | VA | 0.13% | Martinez, Arelis A | VA | 0.15% |
| Baldwin, Randy | VA | 0.11% | Martinez, Nancy E | VA | 0.07% |
| Balicat, Kathleen G | VA | 0.17% | Matthews, Marion E | VA | 0.12% |
| Ballard, Arlene | VA | 0.12% | Mayer, Jennifer A | VA | 0.19% |
| Banks, Kimberly | VA | 0.06% | Mayfield, Joshua | VA | 0.17% |
| Banks, Tonya R | VA | 0.10% | McClease, Macon | VA | 0.22% |
| Baptiste, Fabiola | VA | 0.03% | McClendon, Nicole | VA | 0.07% |
| Barbarisi, Kenneth E | VA | 0.21% | McCleney, Debra L | VA | 0.27% |
| Barksdale, Tonisha J | VA | 0.29% | McCrickard, Hope E | VA | 0.13% |
| Barnes, Caroline M | VA | 0.31% | McCuller, Elizabeth N | VA | 0.39% |
| Barnes, Tamatha N | VA | 0.12% | McQueen, Bryan E | VA | 0.04% |
| Bathurst, Paulette | VA | 0.06% | McRae, Angela L | VA | 0.15% |

# GROOM LAW GROUP

July 7, 2017
Page 6

| | | | | | |
|---|---|---|---|---|---|
| Batista, Charity D | VA | 0.56% | Medley, Tina L | VA | 0.13% |
| Beck, Angela L | VA | 0.09% | Mercedes, Brooke | VA | 0.18% |
| Bee, Diana E | VA | 0.45% | Mikesell, Zachary | VA | 0.08% |
| Beecher, Kimberly W | VA | 0.33% | Miller, Lindsey | VA | 0.15% |
| Beierly, Tina | VA | 0.27% | Miller, Lora B | VA | 0.21% |
| Bell, Courtney | VA | 0.40% | Mills, Barbara | VA | 0.36% |
| Bermejo, Maria | VA | 0.11% | Mills-Bynum, Ebony M | VA | 0.11% |
| Berry, Trina | VA | 0.12% | Mitchell, Amy N | VA | 0.26% |
| Bieszczad, Ron | VA | 0.21% | Moland, Gwyndolyn H | VA | 0.03% |
| Bishop, Sharon | VA | 0.13% | Moneymaker, Kelly C | VA | 0.21% |
| Bland, Morris D | VA | 0.04% | Moore, Francis | VA | 0.34% |
| Blanding, Rudolph | VA | 0.07% | Morris, Kimberly B | VA | 0.22% |
| Blanding, Shakelia | VA | 0.17% | Moses, Isaac | VA | 0.14% |
| Blount, Bianca | VA | 0.07% | Mosure, James | VA | 1.00% |
| Bolanos, Susanna | VA | 0.03% | Muller, Marcella | VA | 0.04% |
| Bond, Emily | VA | 0.19% | Mulvany, Clara E | VA | 0.47% |
| Bonner, Charlene | VA | 0.03% | Murray, Kristi L | VA | 0.19% |
| Bonney, Jennifer | VA | 0.26% | Music, Gwendolyn A | VA | 0.21% |
| Boone, Karen | VA | 0.07% | Nadeau, Rosemary A | VA | 0.16% |
| Boone, Walter | VA | 0.11% | Narron, Amanda | VA | 0.25% |
| Booth, Linda F | VA | 0.08% | Navarrete, Josephine | VA | 0.11% |
| Bowden, Roderick | VA | 0.12% | Nelson, Elizabeth M | VA | 0.26% |
| Bowens, Cortez | VA | 0.09% | Nelson, Paris | VA | 0.09% |
| Boyd-Avery, Nicole | VA | 0.13% | Nelson, Rachel B | VA | 0.10% |
| Boykin, Amy G | VA | 0.16% | Nesbitt, Jacqueline E | VA | 0.40% |
| Bradley, Ryan Melissa | VA | 0.07% | Nicholson, Tamika | VA | 0.18% |
| Bragg, Thomas C | VA | 0.07% | Nkamanyang, Rita | VA | 0.01% |
| Bright, Gerald J | VA | 0.18% | Norris, Ryan N | VA | 0.28% |
| Bright, Kelley Martinez | VA | 0.11% | Obayuwana, Alphonsus | VA | 1.52% |
| Britt, Shirley | VA | 0.06% | Oberlander, Pamela | VA | 0.09% |
| Brown, Andrew | VA | 0.16% | O'Brien, Julia | VA | 0.09% |
| Brown, April L | VA | 0.14% | Omolo, Sister C | VA | 0.05% |
| Brown, Gary T | VA | 0.12% | Oram-Smith, Rebecca | VA | 0.07% |
| Brown, Joanne C | VA | 0.17% | Ornelas, Michelle R | VA | 0.13% |
| Brown-Ocasio, Sarene | VA | 0.01% | Ott, Janine | VA | 0.26% |
| Buchanan, Catherine A | VA | 0.25% | Outen, Joyce M | VA | 0.13% |
| Buchanan, Troy J | VA | 0.07% | Owens, Nicole | VA | 0.30% |
| Bucknor, Sharon D | VA | 0.28% | Pack, Nicole | VA | 0.13% |
| Bullock, Veronica O | VA | 0.07% | Palley, Richard E | VA | 0.35% |

GROOM LAW GROUP

July 7, 2017
Page 7

| Name | | % | Name | | % |
|---|---|---|---|---|---|
| Burroughs, Patricia A | VA | 0.18% | Parham, Kim D | VA | 0.11% |
| Butler, Delmia R | VA | 0.31% | Parker, Angela M | VA | 0.24% |
| Butler, Lorie S | VA | 0.18% | Parker, Bridget | VA | 0.12% |
| Calvert, Maria S | VA | 0.08% | Patillo, Angel | VA | 0.09% |
| Cambra, Jennifer A | VA | 0.20% | Payne, Christy M | VA | 0.14% |
| Cammel, Patricia | VA | 0.20% | Pedro, Ramoncito V | VA | 0.34% |
| Campbell, Jennifer | VA | 0.14% | Peebles, Alberta | VA | 0.10% |
| Campbell, Jerri L | VA | 0.13% | Pegram-Foster, Valerie Darlene | VA | 0.12% |
| Cannon, Delores | VA | 0.12% | Peoples, Nichole M | VA | 0.15% |
| Cardoza-Patino, Claudia V | VA | 0.32% | Perez, Angela | VA | 0.06% |
| Carpenter, Alice M | VA | 0.19% | Pinkett, Chastity | VA | 0.05% |
| Carter, Tyrone S | VA | 0.06% | Poore, Constance | VA | 0.03% |
| Carter, Vanessa P | VA | 0.10% | Posey, Deborah M | VA | 0.18% |
| Casper, Cyndi S | VA | 0.28% | Powell, Arona | VA | 0.10% |
| Cervenka, Amanda | VA | 0.18% | Pratt, Keisha | VA | 0.08% |
| Chazanow, Rachael | VA | 0.07% | Presgraves, Lisa | VA | 0.27% |
| Cheney, Jennifer M | VA | 0.24% | Price, Amber | VA | 0.18% |
| Chisolm, Bobby | VA | 0.06% | Queen, Joan C | VA | 0.10% |
| Clark, Malika | VA | 0.44% | Ragan, Jayenne | VA | 0.23% |
| Clarke, Sheila R | VA | 0.24% | Ramos, Ramona L | VA | 0.13% |
| Clemens, Kimberly A | VA | 0.15% | Reid, Shawnta A | VA | 0.05% |
| Cole, Barbara | VA | 0.03% | Reutzel, Marianne | VA | 0.12% |
| Coleman, Antoinette | VA | 0.18% | Rich, Cam M | VA | 0.19% |
| Coleman, Ashley | VA | 0.14% | Richardson, Nora B | VA | 0.39% |
| Coleman, Juliana | VA | 0.20% | Richmond, Stanley | VA | 0.29% |
| Coleman, Vonda M | VA | 0.15% | Riddick, Kaihla | VA | 0.07% |
| Collins, Donna J | VA | 0.11% | Robinson, Antonia | VA | 0.08% |
| Collins, Tracy | VA | 0.31% | Rochefort, Kimberly T | VA | 0.16% |
| Colvin, Amanda | VA | 0.22% | Rodriguez, Frank | VA | 0.12% |
| Connolly, Tamara | VA | 0.14% | Rogers, Ghazi A | VA | 0.10% |
| Connor-Mincey, Kecia C | VA | 0.18% | Roten, Sarah A | VA | 0.13% |
| Cook, Alice J | VA | 0.36% | Ryals, Todd | VA | 0.06% |
| Cooney, Elizabeth J | VA | 0.06% | Ryan, Robert H | VA | 1.07% |
| Copeland, Christina J | VA | 0.15% | Sahib, Sarnia | VA | 0.13% |
| Cosnotti, Valerie J | VA | 0.24% | Salyards, Denise M | VA | 0.61% |
| Counts, Billie | VA | 0.24% | Sampson, Annmarie S. | VA | 0.21% |
| Crider, Craig | VA | 0.14% | Sapp, Gail C | VA | 0.18% |
| Critz, Maria | VA | 0.07% | Sarraf, Farnosh R | VA | 0.22% |

GROOM LAW GROUP

July 7, 2017
Page 8

| | | | | | | |
|---|---|---|---|---|---|---|
| Cruz, Stefani | VA | 0.12% | Sazon, Beatriz | VA | 0.27% |
| Culbertson, Cathy | VA | 0.25% | Schubert, Cathy | VA | 0.48% |
| Culp, Malia A | VA | 0.29% | Scott, Eaude | VA | 0.10% |
| Curran, Dawn | VA | 0.19% | Scott, Sherry | VA | 0.34% |
| Curry, Melinda | VA | 0.17% | Seneris, Mary | VA | 0.08% |
| Curtis, George B | VA | 0.10% | Shaw, Katrina A | VA | 0.15% |
| Dalton, Susan | VA | 0.27% | Shearin, Miranda T | VA | 0.18% |
| Dance, Lavonda | VA | 0.11% | Shelley, Barbara | VA | 0.18% |
| Dao, Carmen E | VA | 0.20% | Shirey, Cynthia | VA | 0.31% |
| Darden, Tarsha J | VA | 0.88% | Shukers, Enid I | VA | 0.14% |
| Daugherty, Joseph | VA | 0.23% | Shultz, Jacqueline | VA | 0.07% |
| D'Augusta, Yong Ai | VA | 0.27% | Slawta, Sharon | VA | 0.25% |
| Davenport, Sharon | VA | 0.15% | Smith, Amy C. | VA | 0.05% |
| Davidson, Elizabeth J | VA | 0.08% | Smith, Bonnie J | VA | 0.06% |
| Davidson, Esther H | VA | 0.19% | Smith, Fredlena | VA | 0.07% |
| Davis, Jesse | VA | 0.10% | Smith, George A | VA | 0.07% |
| Davis, Jessica | VA | 0.22% | Smith, Melanie L | VA | 0.22% |
| Davis, Miranda | VA | 0.06% | Smith, Shendra | VA | 0.12% |
| Dease, Jarrod S | VA | 0.07% | Sollenberger, Paula | VA | 0.09% |
| Debrough, Laura A | VA | 0.28% | Sorensson, Karen | VA | 0.31% |
| Dicamillo, Alan | VA | 0.41% | Sorey, La Tasha | VA | 0.06% |
| Dickinson, Mary M | VA | 0.26% | Sotaski, Nicholas | VA | 0.15% |
| Dickson, Evelyn L | VA | 0.27% | Spain, Sharon K | VA | 0.18% |
| Dillon, Sandra | VA | 0.10% | Stanton, Deanna R | VA | 0.43% |
| Dixon, Kathy L | VA | 0.08% | Stavola, Mallory | VA | 0.05% |
| Donovant, Sylvia | VA | 0.65% | Stevens, Adriane | VA | 0.12% |
| Dorsainvil, Carline | VA | 0.51% | Stewart, Roberta M | VA | 0.12% |
| Downey, Amy L | VA | 0.05% | Stiggers, Shondra | VA | 0.15% |
| Dozier, Anitra L | VA | 0.23% | Stitch, Cheryl L | VA | 0.16% |
| Drake, Sheila | VA | 0.23% | Stone-Crawford, Dorothea | VA | 0.11% |
| Dunn, Marvin E | VA | 0.17% | Strauss, Kathryn P | VA | 0.20% |
| Dunn, Melvin L | VA | 0.10% | Strickland, Jill | VA | 0.27% |
| Dunsmore, Melissa G | VA | 0.29% | Stringer, Jimmi | VA | 0.13% |
| Duranceau, Carmen M | VA | 0.32% | Stubbs, John G | VA | 0.13% |
| Dussia, Lauren Atwood | VA | 0.29% | Stumps, Jacqueline | VA | 0.27% |
| Dwyer, Megan F | VA | 0.42% | Sullivan, Hillary A | VA | 0.20% |
| Edmond, John B | VA | 0.11% | Sweeney, Thomas B | VA | 0.53% |
| Edwards, Keith S | VA | 0.32% | Sykes, Alvin L | VA | 0.14% |
| Edwards-Ruffin, | | | Tackett, Kathryn | VA | 0.34% |

# GROOM LAW GROUP

July 7, 2017
Page 9

Shaunta

| Name | State | Pct | Name | State | Pct |
|---|---|---|---|---|---|
| Ellison, Traci | VA | 0.34% | Taylor, Brett M | VA | 0.04% |
| Erwin, Amy E | VA | 0.21% | Taylor, John R | VA | 0.13% |
| Etheridge, Christian | VA | 0.02% | Taylor, Orleen | VA | 0.13% |
| Eysaman, Loree G | VA | 0.32% | Taylor, Peggy A | VA | 0.12% |
| Fackelmann, Michael A | VA | 0.35% | Taylor, Shamont | VA | 0.04% |
| Fajardo, Oscar E | VA | 0.35% | Tennant, Richard | VA | 0.34% |
| Falatic, Nicole | VA | 0.17% | Todd, Dina J | VA | 0.26% |
| Farmer, Renee L | VA | 0.10% | Todd, Gloria L | VA | 0.29% |
| Feeley, Cindy | VA | 0.06% | Tolan, Laura | VA | 0.06% |
| Felix, Marina | VA | 0.20% | Tolentino, Jaime E | VA | 0.06% |
| Ferree, Suzanne | VA | 0.47% | Tolley, Jennifer L | VA | 0.08% |
| Ferrell, Ashley | VA | 0.13% | Tomcho, Jean M | VA | 0.36% |
| Fidler-Brown, Gloria | VA | 0.18% | Townsend, Brian | VA | 0.09% |
| Forbes, Patricia A | VA | 0.21% | True, Karen | VA | 0.16% |
| Forch, Carrie | VA | 0.15% | Tschanz, Ann M | VA | 0.22% |
| Ford, Larry | VA | 0.09% | Tucker, Vonne B | VA | 0.12% |
| Forsen, Barbara W | VA | 0.19% | Turnham, Sarah L | VA | 0.07% |
| Foster, Kathryn W | VA | 0.06% | Tyler, Danella L | VA | 0.13% |
| Fotopoulos, Christina L | VA | 0.23% | Upchurch, Shavonnah Y | VA | 0.17% |
| Fountain, Lashonda | VA | 0.06% | Upshur, Latisha M | VA | 0.16% |
| Fredrickson, Kriston B | VA | 0.18% | Vance, Iperlitta M | VA | 0.24% |
| Fuoto, Abby J | VA | 0.08% | Vasquez, Sara | VA | 0.08% |
| Gaglione, Jim-David | VA | 0.60% | Venters, Crystal | VA | 0.09% |
| Galayda, Jennifer | VA | 0.16% | Vickers, Sandra | VA | 0.11% |
| Galford, Stephanie A | VA | 0.10% | Wagner, Lynn | VA | 0.19% |
| Gannon, Wendy F | VA | 0.25% | Wah, Bway | VA | 0.09% |
| Garcia, Erlinda | VA | 0.22% | Wallace, Roslyn R | VA | 0.22% |
| Garcia, Zenaida | VA | 0.09% | Wallace, Terri R | VA | 0.09% |
| Garfman, Nicole S. | VA | 0.02% | Wallace, Tynisha M | VA | 0.19% |
| Garland, Melvin D | VA | 0.11% | Waller, Rebecca | VA | 0.22% |
| Garrett, Pashen J | VA | 0.17% | Walters, Brynna M | VA | 0.16% |
| Garza, Mary S | VA | 0.19% | Ward, Harold E | VA | 0.09% |
| Gathers, Shavel | VA | 0.10% | Ward, Twyla D | VA | 0.24% |
| Gecolea, Merlynda S | VA | 0.22% | Warfield, Sheila | VA | 0.15% |
| Gesford, Ronald R | VA | 0.13% | Watkins-Hill, Tierra | VA | 0.12% |
| Gilliam, Betty J | VA | 0.09% | Watson, Bisceglia S | VA | 0.11% |
| Gobeze, Azieb | VA | 0.10% | Watters, Jodi | VA | 0.05% |
| Goodwyn, Trinette R | VA | 0.06% | Watts, Aileen | VA | 0.06% |

GROOM LAW GROUP

July 7, 2017
Page 10

| | | | | | |
|---|---|---|---|---|---|
| Gould, Barbara Michele | VA | 0.09% | Weaver, Michael J | VA | 0.24% |
| Gradney, Princess | VA | 0.22% | Webster, Vicki | VA | 0.15% |
| Gray-Rogers, Latoya | VA | 0.04% | Weis, Meagan | VA | 0.01% |
| Greely, Tonya S | VA | 0.15% | Welsch, Iris M | VA | 0.59% |
| Green, Ashanti N | VA | 0.19% | Wheeler, Szilvia | VA | 0.38% |
| Green, Patricia F | VA | 0.09% | White, Arketae D | VA | 0.06% |
| Gregg, Natarcha R | VA | 0.34% | White, Cathy N | VA | 0.36% |
| Griffin-Parker, Lesley | VA | 0.06% | White, Claudette | VA | 0.05% |
| Guarnieri, Leo J | VA | 0.15% | White, Joy N | VA | 0.48% |
| Guyton, George R | VA | 0.03% | White, Teionna | VA | 0.08% |
| Gwaltney, Steve A | VA | 0.21% | Whitehead, Catherine | VA | 0.08% |
| Hall, Margaret A | VA | 0.13% | Whitehead, Willie | VA | 0.08% |
| Hall-Banks, Verna | VA | 0.04% | Whittaker, Thomas C | VA | 0.12% |
| Hammer, Shari L | VA | 0.19% | Wiggins, Amanda O | VA | 0.19% |
| Hand, Faith | VA | 0.18% | Wilkinson, Laura M | VA | 0.19% |
| Harding, Jeannette O | VA | 0.43% | Williams, Fairon L | VA | 0.19% |
| Harrell, L'Tadjah | VA | 0.04% | Williams, Kermit | VA | 0.11% |
| Harrell, Sharon L | VA | 0.11% | Williams, Raymond L | VA | 0.07% |
| Harris, Elizabeth A | VA | 0.34% | Williams, Roger A | VA | 0.06% |
| Harris, Stephanie Y | VA | 0.14% | Williams, Sheila D | VA | 0.05% |
| Hartian, Donna M | VA | 0.27% | Williams, Todd | VA | 0.32% |
| Hautz, Leslie | VA | 0.10% | Williams, Veronica | VA | 0.08% |
| Hayden, Andrea | VA | 0.29% | Williams, Willie | VA | 0.08% |
| Hayden, Khalilah | VA | 0.12% | Wilson, Amy | VA | 0.14% |
| Heath, Courtney | VA | 0.07% | Wilson, Rosalind | VA | 0.07% |
| Hernandez, Inger | VA | 0.07% | Windsor, Jimmy J | VA | 0.99% |
| Hernandez, Jeraline | VA | 0.16% | Wojcieszak, Diane B | VA | 0.21% |
| Hicks, Diedre A | VA | 0.21% | Woodrum, Lauren M | VA | 0.26% |
| Higgins, Elizabeth | VA | 0.11% | Wright, Nicole | VA | 0.30% |
| Hinton, Wadella | VA | 0.12% | Wyche, Shandell L | VA | 0.29% |
| Hoilman, Jennifer | VA | 0.34% | Yates, Alexandra | VA | 0.10% |
| Hollingsworth, William | VA | 0.20% | Zanders, Carmelita M | VA | 0.06% |
| Holloway, Denise | VA | 0.11% | Crespo, Krystle | WA | 0.14% |
| Hooper, Cindy J | VA | 0.11% | Marmo, Katrina | WA | 0.11% |
| Hopkins, Susan E | VA | 0.16% | Nonog, Mayvelyn | WA | 0.32% |
| Horton, Marguerite | VA | 0.36% | Feldbruegge, Charity | WI | 0.15% |
| Howard, Hope L | VA | 0.14% | Simia, Greg A | WI | 1.21% |

GROOM LAW GROUP

July 7, 2017
Page 11

## ATTACHMENT B

| State | Count | Percentage of Settlement |
|-------|-------|--------------------------|
| AL | 1 | 0.13% |
| CO | 1 | 0.11% |
| FL | 9 | 1.88% |
| GA | 1 | 0.04% |
| HI | 1 | 0.58% |
| IL | 1 | 0.06% |
| KY | 2 | 0.34% |
| MI | 1 | 0.08% |
| MO | 2 | 0.30% |
| NC | 14 | 3.04% |
| NM | 1 | 0.31% |
| NY | 1 | 0.11% |
| OR | 1 | 0.21% |
| PA | 2 | 0.56% |
| SC | 3 | 0.39% |
| TX | 5 | 1.80% |
| VA | 479 | 88.11% |
| WA | 3 | 0.58% |
| WI | 2 | 1.36% |
| Total | 530 | 100.00% |

GROOM LAW GROUP

July 7, 2017
Page 12

## DISTRIBUTION LIST

Office of the Attorney General
441 4th Street, NW
Washington, DC 20001

Office of the Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36104

Office of the Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

Office of the Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926

Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

Office of the Attorney General
California Department of Justice
1300 "I" Street
Sacramento, CA 95814-2919

Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

Office of the Attorney General
55 Elm St.
Hartford, CT 06106

Office of the Attorney General
Carvel State Building
820 N. French Street
Wilmington, DE 19801

Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General
40 Capital Square, SW
Atlanta, GA 30334

Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

Indiana Attorney General's Office
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN 46204

Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Kansas Attorney General

Office of the Attorney General

GROOM LAW GROUP

July 7, 2017
Page 13

120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

Capitol Building
700 Capitol Avenue, Suite 118
Frankfurt, KY 40601-3449

Office of the Attorney General
1885 North Third Street
Baton Rouge, LA 70802

Office of the Attorney General
6 State House Station
Augusta, ME 04333

Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108-1518

Michigan Department of Attorney General
525 W. Ottawa St
P.O. Box 30212
Lansing, MI 48909

Office of Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

Mississippi Attorney General's Office
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

Missouri Attorney General's Office
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Office of the Attorney General
Justice Building, Third Floor
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

Nebraska Attorney General's Office
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

Office of the Attorney General
NH Department of Justice
33 Capitol Street
Concord, NH 03301

Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080

Office of the Attorney General
Villagra Building
408 Galisteo Street
Sante Fe, NM 87501

GROOM LAW GROUP

July 7, 2017
Page 14

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

Office of the Attorney General
600 East Boulevard Avenue, Department 125
Bismarck, ND 58505-0040

Office of the Attorney General
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105

Office of the Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Pennsylvania Office of the Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Puerto Rico Attorney General
P.O. Box 902192
San Juan, PR 00902-0192

Office of the Attorney General
150 South Main Street
Providence, RI 02903

South Carolina Attorney General
Rembert C. Dennis Office Building
1000 Assembly Street, Room 519
Columbia, SC 29201

Office of the Attorney General
1302 E Hwy 14, Suite 1
Pierre, SD 57501-8501

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville TN 37202-0207

Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

Office of the Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

Washington State Office of the Attorney
General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com

GROOM LAW GROUP

July 7, 2017
Page 15


Office of the Attorney General
17 W Main Street
P.O. Box 7857
Madison, WI 53703-7857

# EXHIBIT 2

# GROOM LAW GROUP

Lars C. Golumbic
(202) 861-6615
lgolumbic@groom.com

September 22, 2017

## VIA FEDERAL EXPRESS

To:   Jefferson Sessions
      Attorney General of the United States
      950 Pennsylvania Avenue, N.W.
      Washington, D.C. 20530-0001

Re:   CAFA Notification for the Proposed Settlement in *Hodges v. Bon Secours Health System, Inc.*, Case No. 1:16-cv-01079 (RDB) (D. Md. filed Apr. 11, 2016)

This notification is being sent to you pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(b), to inform you of a proposed class action settlement.

**Court:** United States District Court for the District of Maryland.

**Case Caption:** *Hodges v. Bon Secours Health System, Inc.*, Case No. 1:16-cv-01079 (RDB) (D. Md. filed Apr. 11, 2016)

**Named Defendants:** Bon Secours Health System, Inc.; Bon Secours, Inc.; and The Benefit Plan Administrative Committee, and its individual members.

**Documents Enclosed:**

The following documents include those required by 28 U.S.C. § 1715(b)(1), (3), (4), and (8), and are copied on the enclosed CD in PDF format:

- Class Action Complaint filed by Arlene Hodges, filed on April 11, 2016 (Doc. # 1);

- Class Action Complaint filed by Carolyn Miller, filed on April 18, 2016 (Doc. # 1);

- Consolidated Amended Class Action Complaint filed by Arlene Hodges and Carolyn Miller, filed on October 11, 2016 (Doc. # 69);

- Second Consolidated Amended Class Action Complaint filed by Arlene Hodges, Carolyn Miller, and Gary Brown, filed on January 13, 2017 (Doc. # 77);

- Final Notice of Proposed Settlement of Class Action to Group A and Group B Class Members, and a Separate Letter to Group B Class Members, sent September 8, 2017;

- [Proposed] Class Action Settlement Agreement, filed on May 31, 2017 (Doc. # 90-3);

GROOM LAW GROUP

September 22, 2017
Page 2

- Order Preliminarily Approving the Settlement, Certifying the Class, Approving Notice to the Class, and Scheduling Final Approval Hearing (Doc. # 107);

As required by 28 U.S.C. § 1715(b)(2), we inform you that the Court has scheduled a Final Fairness Hearing for November 28, 2017, at 4:00 p.m.

As required by 28 U.S.C. § 1715(b)(5), we inform you that Class Counsel and Defendants' Counsel have made no other settlement or agreement contemporaneously to the Class Action Settlement Agreement.

As required by 28 U.S.C. § 1715(b)(6), we inform you that no final judgment or notice of dismissal has been entered.

Regarding the Group A Settlement Class, as required by 28 U.S.C. § 1715(b)(7)(A), we inform you that, in light of the size of the proposed class, it is not feasible to provide the names of all class members (which includes all vested or non-vested present and past participants and beneficiaries of the plans at issue). Based on the information currently available regarding participants in the plans at issue, we believe that (in the aggregate) roughly 27,410 individuals are members of the Group A Settlement Class. In addition, it is not feasible to estimate the proportionate share of the claims of such members to the entire settlement. Because the plans involved in this case are defined benefit pension plans, and not defined contribution plans like a 401(k) plan with individual accounts, the settlement proceeds (which will take the form of funding amounts) will be contributed to the plans as a whole, rather than to the individual accounts of the plans' participants and beneficiaries.

Therefore, as required by 28 U.S.C. § 1715(b)(7)(B), we inform you that we currently believe that the members of the Group A Settlement Class reside in the following states (with an estimate of the number of the Group A Settlement Class members who reside in the indicated state): AL (27); AK (4); AZ (56); AR (11); CA (81); CO (26); CT (26); DE (19); D.C. (4); FL (345); GA (91); HI (8); ID (3); IL (37); IN (18); IA (4); KS (3); KY (1,109); LA (14); ME (7); MD (1,896); MA (25); MI (2,266); MN (6); MS (8); MO (18); MT (4); NE (1); NV (31); NH (8); NJ (1,025); NM (7); NY (1,279); NC (286); ND (1); OH (428); OK (4); OR (11); PA (1,082); PR (14); RI (6); SC (997); SD (1); TN (54); TX (119); UT (2); VT (4); VA (15,779); WA (15); WV (73); WI (14); WY (0); Other (53).

Regarding the Group B Settlement Class, as required by 28 U.S.C. § 1715(b)(7)(A), we inform you that, based on the information currently available regarding participants in the Hampton Roads Plan, we believe that (in the aggregate) roughly 530 individuals are members of the Group B Settlement Class. Attachment A to this Notice provides the names of the roughly 530 Group B Settlement Class members who reside in each state, and the estimated proportionate share of the settlement that they represent. Attachment B summarizes the estimated proportionate share of the entire settlement for each state.

**GROOM** LAW GROUP

September 22, 2017
Page 3

If you have questions about this notice, the litigation, or the enclosed materials, please contact Defendants' Counsel:

Lars C. Golumbic
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW, Suite 1200
Washington, D.C. 20006-5811
Phone: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com

Sincerely,

*[signature]* / on behalf of
Lars C. Golumbic

Lars C. Golumbic

GR∞M LAW GROUP

September 22, 2017
Page 4

**ATTACHMENT A**

| Name | State | Percentage of Settlement | Name | State | Percentage of Settlement |
|------|-------|--------------------------|------|-------|--------------------------|
| Young, Kimberly R | AL | 0.13% | Hundley, Carla | VA | 0.19% |
| Welch, Jw | CO | 0.11% | Hunt, Arnisha D | VA | 0.07% |
| Abreu, Jacqueline A | FL | 0.23% | Hussey, Brianna M | VA | 0.11% |
| Delarosa, Jasmin M | FL | 0.09% | Hutton, Sandra L | VA | 0.21% |
| Dushuttle, Kelly N | FL | 0.17% | Hynes, Joyce H | VA | 0.15% |
| Ekanem, Eno-Obong I | FL | 0.11% | Iavarone, Gale A | VA | 0.22% |
| Getrige, Stacey A | FL | 0.24% | Iuliano, Mary Beth | VA | 0.17% |
| Ligouri, Lorene D | FL | 0.53% | Jackson, Valerie R | VA | 0.26% |
| Phillips, Jewel P | FL | 0.23% | Jacob, Blessy | VA | 0.23% |
| Rabanal, Maria | FL | 0.16% | Jacobs, Evangeline M | VA | 0.11% |
| Walton, Jennifer | FL | 0.13% | James, Kim | VA | 0.13% |
| Winter, Sarah | GA | 0.04% | James, Yulvonna K | VA | 0.07% |
| Miyano, Tonya M | HI | 0.58% | Jamison, Diane | VA | 0.16% |
| Flannery, Melisa | IL | 0.06% | Jennings, Kelly J | VA | 0.29% |
| Ford, Regina K | KY | 0.27% | Jerome-Leacock, Suzie | VA | 0.11% |
| Naftaly, Carolyn D | KY | 0.07% | Johnson, Mandy | VA | 0.17% |
| Fussman, Karen | MI | 0.08% | Johnson, Mildred | VA | 0.21% |
| Penny, Meridie A | MO | 0.19% | Johnston, Mary C | VA | 0.15% |
| Self, Lynn T | MO | 0.11% | Jones, Boneta | VA | 0.10% |
| Brandt, Amanda F | NC | 0.09% | Jones, Kimberly A | VA | 0.18% |
| Flint, Tiffany M | NC | 0.25% | Jones, Lisa | VA | 0.23% |
| George, Felicia R | NC | 0.15% | Jones, Mechelle A | VA | 0.11% |
| Gibbs, James R | NC | 0.14% | Jones, Michelle A | VA | 0.10% |
| Griffin, Christine | NC | 0.22% | Jones, Quincy L | VA | 0.10% |
| Johnson, Bobbie J | NC | 0.26% | Jordan, Gwendolyn | VA | 0.19% |
| Nelson, Katrina L | NC | 0.26% | Juma, Edwin | VA | 0.16% |
| Pittard, Lisa L | NC | 0.27% | Kaleikini, Naomi K | VA | 0.33% |
| Robbins, Kelli A | NC | 0.22% | Karganilla, Roland F | VA | 0.08% |
| Ruperd, Kristie | NC | 0.00% | Kazaoka, Christy S | VA | 0.36% |
| Sage, Carol | NC | 0.44% | Kearns, Mary C | VA | 0.24% |
| Simons, Karen H | NC | 0.26% | Kelley, Valerie B | VA | 0.09% |
| Slaterback, Scott P | NC | 0.15% | Kent, Kara | VA | 0.14% |
| Wilkerson, Amber L | NC | 0.33% | Kershaw, Adriene M | VA | 0.13% |
| Richardson, Carol J | NM | 0.31% | Kim, Trudy E | VA | 0.15% |
| Talmadge, Wendy L | NY | 0.11% | King, Gloria | VA | 0.16% |
| Laughhunn, Brenda | OR | 0.21% | Kirby, Iris | VA | 0.11% |

# GROOM LAW GROUP

September 22, 2017
Page 5

| Name | State | % | Name | State | % |
|---|---|---|---|---|---|
| Caddle, Dianne P | PA | 0.36% | Klages, April | VA | 0.17% |
| Knight, Katina | PA | 0.20% | Kleiber, Susan | VA | 0.25% |
| Green, Myomi S | SC | 0.08% | Kleinfeld, Susan Grace | VA | 0.04% |
| Hilliard, Valerie L | SC | 0.16% | Kuehne, Beverly A | VA | 0.08% |
| Hoffer, Christopher A | SC | 0.16% | Lane, Monica D | VA | 0.22% |
| Hunter, Eric M | TX | 0.16% | Langham, Jessica L | VA | 0.12% |
| Proctor, Debra A | TX | 0.09% | Langhorne, Nancy | VA | 0.33% |
| Rodriguez, Renelli E | TX | 0.37% | Larimore, Luke A | VA | 0.13% |
| Sammons, James H | TX | 0.82% | Lasmarias, Elizabeth | VA | 0.19% |
| Sinkovics, Michelle E | TX | 0.35% | Latta, Sandra | VA | 0.13% |
| Allen, Tammy M | VA | 0.24% | Lee, Valerie M | VA | 0.10% |
| Allen, Virginia J | VA | 0.24% | Lewis, Lorraine | VA | 0.27% |
| Allnutt, Rachel D | VA | 0.16% | Lewis, Vanessa I | VA | 0.06% |
| Amato, Lauren | VA | 0.25% | Lilly, Stephen D | VA | 0.23% |
| Anderson, Kimberly D | VA | 0.18% | Linhardt, Leigh A | VA | 0.23% |
| Anderson, William | VA | 0.09% | Little, Kristin | VA | 0.17% |
| Araneta, Gene D | VA | 0.07% | Lomashvili, Elmira | VA | 0.05% |
| Armstrong, Judith E | VA | 0.35% | Lue, Lisa R | VA | 0.13% |
| Artis, Robert E | VA | 0.07% | Madison, Evelyn | VA | 0.04% |
| Artrip, John H | VA | 1.30% | Mangual, Marina A | VA | 0.21% |
| Auerbach, Shelly Diane | VA | 0.33% | Manley, Lisa | VA | 0.09% |
| Austin, Alphe B | VA | 0.16% | Mann, Tamira J | VA | 0.20% |
| Autrey, Eve B | VA | 0.28% | Marcelo, Kristine J | VA | 0.22% |
| Aydlette, Barbara L | VA | 0.16% | Marine, Evelyn G | VA | 0.16% |
| | | | Martin, Anna-Gaye Racquel | VA | 0.06% |
| Bailey, Craig R | VA | 0.17% | | | |
| Bailey, Denise S | VA | 0.11% | Martin, Susan R | VA | 0.05% |
| Bailey, Sheila | VA | 0.13% | Martinez, Arelis A | VA | 0.15% |
| Baldwin, Randy | VA | 0.11% | Martinez, Nancy E | VA | 0.07% |
| Balicat, Kathleen G | VA | 0.17% | Matthews, Marion E | VA | 0.12% |
| Ballard, Arlene | VA | 0.12% | Mayer, Jennifer A | VA | 0.19% |
| Banks, Kimberly | VA | 0.06% | Mayfield, Joshua | VA | 0.17% |
| Banks, Tonya R | VA | 0.10% | McClease, Macon | VA | 0.22% |
| Baptiste, Fabiola | VA | 0.03% | McClendon, Nicole | VA | 0.07% |
| Barbarisi, Kenneth E | VA | 0.21% | McCleney, Debra L | VA | 0.27% |
| Barksdale, Tonisha J | VA | 0.29% | McCrickard, Hope E | VA | 0.13% |
| Barnes, Caroline M | VA | 0.31% | McCuller, Elizabeth N | VA | 0.39% |
| Barnes, Tamatha N | VA | 0.12% | McQueen, Bryan E | VA | 0.04% |
| Bathurst, Paulette | VA | 0.06% | McRae, Angela L | VA | 0.15% |
| Batista, Charity D | VA | 0.56% | Medley, Tina L | VA | 0.13% |
| Beck, Angela L | VA | 0.09% | Mercedes, Brooke | VA | 0.18% |

GROOM LAW GROUP

September 22, 2017
Page 6

| | | | | | |
|---|---|---|---|---|---|
| Bee, Diana E | VA | 0.45% | Mikesell, Zachary | VA | 0.08% |
| Beecher, Kimberly W | VA | 0.33% | Miller, Lindsey | VA | 0.15% |
| Beierly, Tina | VA | 0.27% | Miller, Lora B | VA | 0.21% |
| Bell, Courtney | VA | 0.40% | Mills, Barbara | VA | 0.36% |
| Bermejo, Maria | VA | 0.11% | Mills-Bynum, Ebony M | VA | 0.11% |
| Berry, Trina | VA | 0.12% | Mitchell, Amy N | VA | 0.26% |
| Bieszczad, Ron | VA | 0.21% | Moland, Gwyndolyn H | VA | 0.03% |
| Bishop, Sharon | VA | 0.13% | Moneymaker, Kelly C | VA | 0.21% |
| Bland, Morris D | VA | 0.04% | Moore, Francis | VA | 0.34% |
| Blanding, Rudolph | VA | 0.07% | Morris, Kimberly B | VA | 0.22% |
| Blanding, Shakelia | VA | 0.17% | Moses, Isaac | VA | 0.14% |
| Blount, Bianca | VA | 0.07% | Mosure, James | VA | 1.00% |
| Bolanos, Susanna | VA | 0.03% | Muller, Marcella | VA | 0.04% |
| Bond, Emily | VA | 0.19% | Mulvany, Clara E | VA | 0.47% |
| Bonner, Charlene | VA | 0.03% | Murray, Kristi L | VA | 0.19% |
| Bonney, Jennifer | VA | 0.26% | Music, Gwendolyn A | VA | 0.21% |
| Boone, Karen | VA | 0.07% | Nadeau, Rosemary A | VA | 0.16% |
| Boone, Walter | VA | 0.11% | Narron, Amanda | VA | 0.25% |
| Booth, Linda F | VA | 0.08% | Navarrete, Josephine | VA | 0.11% |
| Bowden, Roderick | VA | 0.12% | Nelson, Elizabeth M | VA | 0.26% |
| Bowens, Cortez | VA | 0.09% | Nelson, Paris | VA | 0.09% |
| Boyd-Avery, Nicole | VA | 0.13% | Nelson, Rachel B | VA | 0.10% |
| Boykin, Amy G | VA | 0.16% | Nesbitt, Jacqueline E | VA | 0.40% |
| Bradley, Ryan Melissa | VA | 0.07% | Nicholson, Tamika | VA | 0.18% |
| Bragg, Thomas C | VA | 0.07% | Nkamanyang, Rita | VA | 0.01% |
| Bright, Gerald J | VA | 0.18% | Norris, Ryan N | VA | 0.28% |
| | | | Obayuwana, Alphonsus | VA | 1.52% |
| Bright, Kelley Martinez | VA | 0.11% | | | |
| Britt, Shirley | VA | 0.06% | Oberlander, Pamela | VA | 0.09% |
| Brown, Andrew | VA | 0.16% | O'Brien, Julia | VA | 0.09% |
| Brown, April L | VA | 0.14% | Omolo, Sister C | VA | 0.05% |
| Brown, Gary T | VA | 0.12% | Oram-Smith, Rebecca | VA | 0.07% |
| Brown, Joanne C | VA | 0.17% | Ornelas, Michelle R | VA | 0.13% |
| Brown-Ocasio, Sarene | VA | 0.01% | Ott, Janine | VA | 0.26% |
| Buchanan, Catherine A | VA | 0.25% | Outen, Joyce M | VA | 0.13% |
| Buchanan, Troy J | VA | 0.07% | Owens, Nicole | VA | 0.30% |
| Bucknor, Sharon D | VA | 0.28% | Pack, Nicole | VA | 0.13% |
| Bullock, Veronica O | VA | 0.07% | Palley, Richard E | VA | 0.35% |
| Burroughs, Patricia A | VA | 0.18% | Parham, Kim D | VA | 0.11% |
| Butler, Delmia R | VA | 0.31% | Parker, Angela M | VA | 0.24% |
| Butler, Lorie S | VA | 0.18% | Parker, Bridget | VA | 0.12% |

GROOM LAW GROUP

September 22, 2017
Page 7

| | | | | | |
|---|---|---|---|---|---|
| Calvert, Maria S | VA | 0.08% | Patillo, Angel | VA | 0.09% |
| Cambra, Jennifer A | VA | 0.20% | Payne, Christy M | VA | 0.14% |
| Cammel, Patricia | VA | 0.20% | Pedro, Ramoncito V | VA | 0.34% |
| Campbell, Jennifer | VA | 0.14% | Peebles, Alberta | VA | 0.10% |
| | | | Pegram-Foster, | | |
| Campbell, Jerri L | VA | 0.13% | Valerie Darlene | VA | 0.12% |
| Cannon, Delores | VA | 0.12% | Peoples, Nichole M | VA | 0.15% |
| Cardoza-Patino, Claudia | | | | | |
| V | VA | 0.32% | Perez, Angela | VA | 0.06% |
| Carpenter, Alice M | VA | 0.19% | Pinkett, Chastity | VA | 0.05% |
| Carter, Tyrone S | VA | 0.06% | Poore, Constance | VA | 0.03% |
| Carter, Vanessa P | VA | 0.10% | Posey, Deborah M | VA | 0.18% |
| Casper, Cyndi S | VA | 0.28% | Powell, Arona | VA | 0.10% |
| Cervenka, Amanda | VA | 0.18% | Pratt, Keisha | VA | 0.08% |
| Chazanow, Rachael | VA | 0.07% | Presgraves, Lisa | VA | 0.27% |
| Cheney, Jennifer M | VA | 0.24% | Price, Amber | VA | 0.18% |
| Chisolm, Bobby | VA | 0.06% | Queen, Joan C | VA | 0.10% |
| Clark, Malika | VA | 0.44% | Ragan, Jayenne | VA | 0.23% |
| Clarke, Sheila R | VA | 0.24% | Ramos, Ramona L | VA | 0.13% |
| Clemens, Kimberly A | VA | 0.15% | Reid, Shawnta A | VA | 0.05% |
| Cole, Barbara | VA | 0.03% | Reutzel, Marianne | VA | 0.12% |
| Coleman, Antoinette | VA | 0.18% | Rich, Cam M | VA | 0.19% |
| Coleman, Ashley | VA | 0.14% | Richardson, Nora B | VA | 0.39% |
| Coleman, Juliana | VA | 0.20% | Richmond, Stanley | VA | 0.29% |
| Coleman, Vonda M | VA | 0.15% | Riddick, Kaihla | VA | 0.07% |
| Collins, Donna J | VA | 0.11% | Robinson, Antonia | VA | 0.08% |
| Collins, Tracy | VA | 0.31% | Rochefort, Kimberly T | VA | 0.16% |
| Colvin, Amanda | VA | 0.22% | Rodriguez, Frank | VA | 0.12% |
| Connolly, Tamara | VA | 0.14% | Rogers, Ghazi A | VA | 0.10% |
| Connor-Mincey, Kecia C | VA | 0.18% | Roten, Sarah A | VA | 0.13% |
| Cook, Alice J | VA | 0.36% | Ryals, Todd | VA | 0.06% |
| Cooney, Elizabeth J | VA | 0.06% | Ryan, Robert H | VA | 1.07% |
| Copeland, Christina J | VA | 0.15% | Sahib, Sarnia | VA | 0.13% |
| Cosnotti, Valerie J | VA | 0.24% | Salyards, Denise M | VA | 0.61% |
| Counts, Billie | VA | 0.24% | Sampson, Annmarie S. | VA | 0.21% |
| Crider, Craig | VA | 0.14% | Sapp, Gail C | VA | 0.18% |
| Critz, Maria | VA | 0.07% | Sarraf, Farnosh R | VA | 0.22% |
| Cruz, Stefani | VA | 0.12% | Sazon, Beatriz | VA | 0.27% |
| Culbertson, Cathy | VA | 0.25% | Schubert, Cathy | VA | 0.48% |
| Culp, Malia A | VA | 0.29% | Scott, Eaude | VA | 0.10% |
| Curran, Dawn | VA | 0.19% | Scott, Sherry | VA | 0.34% |

GROOM LAW GROUP

September 22, 2017
Page 8

| | | | | | |
|---|---|---|---|---|---|
| Curry, Melinda | VA | 0.17% | Seneris, Mary | VA | 0.08% |
| Curtis, George B | VA | 0.10% | Shaw, Katrina A | VA | 0.15% |
| Dalton, Susan | VA | 0.27% | Shearin, Miranda T | VA | 0.18% |
| Dance, Lavonda | VA | 0.11% | Shelley, Barbara | VA | 0.18% |
| Dao, Carmen E | VA | 0.20% | Shirey, Cynthia | VA | 0.31% |
| Darden, Tarsha J | VA | 0.88% | Shukers, Enid I | VA | 0.14% |
| Daugherty, Joseph | VA | 0.23% | Shultz, Jacqueline | VA | 0.07% |
| D'Augusta, Yong Ai | VA | 0.27% | Slawta, Sharon | VA | 0.25% |
| Davenport, Sharon | VA | 0.15% | Smith, Amy C. | VA | 0.05% |
| Davidson, Elizabeth J | VA | 0.08% | Smith, Bonnie J | VA | 0.06% |
| Davidson, Esther H | VA | 0.19% | Smith, Fredlena | VA | 0.07% |
| Davis, Jesse | VA | 0.10% | Smith, George A | VA | 0.07% |
| Davis, Jessica | VA | 0.22% | Smith, Melanie L | VA | 0.22% |
| Davis, Miranda | VA | 0.06% | Smith, Shendra | VA | 0.12% |
| Dease, Jarrod S | VA | 0.07% | Sollenberger, Paula | VA | 0.09% |
| Debrough, Laura A | VA | 0.28% | Sorensson, Karen | VA | 0.31% |
| Dicamillo, Alan | VA | 0.41% | Sorey, La Tasha | VA | 0.06% |
| Dickinson, Mary M | VA | 0.26% | Sotaski, Nicholas | VA | 0.15% |
| Dickson, Evelyn L | VA | 0.27% | Spain, Sharon K | VA | 0.18% |
| Dillon, Sandra | VA | 0.10% | Stanton, Deanna R | VA | 0.43% |
| Dixon, Kathy L | VA | 0.08% | Stavola, Mallory | VA | 0.05% |
| Donovant, Sylvia | VA | 0.65% | Stevens, Adriane | VA | 0.12% |
| Dorsainvil, Carline | VA | 0.51% | Stewart, Roberta M | VA | 0.12% |
| Downey, Amy L | VA | 0.05% | Stiggers, Shondra | VA | 0.15% |
| Dozier, Anitra L | VA | 0.23% | Stitch, Cheryl L | VA | 0.16% |
| | | | Stone-Crawford, Dorothea | VA | 0.11% |
| Drake, Sheila | VA | 0.23% | | | |
| Dunn, Marvin E | VA | 0.17% | Strauss, Kathryn P | VA | 0.20% |
| Dunn, Melvin L | VA | 0.10% | Strickland, Jill | VA | 0.27% |
| Dunsmore, Melissa G | VA | 0.29% | Stringer, Jimmi | VA | 0.13% |
| Duranceau, Carmen M | VA | 0.32% | Stubbs, John G | VA | 0.13% |
| Dussia, Lauren Atwood | VA | 0.29% | Stumps, Jacqueline | VA | 0.27% |
| Dwyer, Megan F | VA | 0.42% | Sullivan, Hillary A | VA | 0.20% |
| Edmond, John B | VA | 0.11% | Sweeney, Thomas B | VA | 0.53% |
| Edwards, Keith S | VA | 0.32% | Sykes, Alvin L | VA | 0.14% |
| Edwards-Ruffin, Shaunta | VA | 0.07% | Tackett, Kathryn | VA | 0.34% |
| Ellison, Traci | VA | 0.34% | Taylor, Brett M | VA | 0.04% |
| Erwin, Amy E | VA | 0.21% | Taylor, John R | VA | 0.13% |
| Etheridge, Christian | VA | 0.02% | Taylor, Orleen | VA | 0.13% |
| Eysaman, Loree G | VA | 0.32% | Taylor, Peggy A | VA | 0.12% |

# GROOM LAW GROUP

September 22, 2017
Page 9

| Name | | % | Name | | % |
|---|---|---|---|---|---|
| Fackelmann, Michael A | VA | 0.35% | Taylor, Shamont | VA | 0.04% |
| Fajardo, Oscar E | VA | 0.35% | Tennant, Richard | VA | 0.34% |
| Falatic, Nicole | VA | 0.17% | Todd, Dina J | VA | 0.26% |
| Farmer, Renee L | VA | 0.10% | Todd, Gloria L | VA | 0.29% |
| Feeley, Cindy | VA | 0.06% | Tolan, Laura | VA | 0.06% |
| Felix, Marina | VA | 0.20% | Tolentino, Jaime E | VA | 0.06% |
| Ferree, Suzanne | VA | 0.47% | Tolley, Jennifer L | VA | 0.08% |
| Ferrell, Ashley | VA | 0.13% | Tomcho, Jean M | VA | 0.36% |
| Fidler-Brown, Gloria | VA | 0.18% | Townsend, Brian | VA | 0.09% |
| Forbes, Patricia A | VA | 0.21% | True, Karen | VA | 0.16% |
| Forch, Carrie | VA | 0.15% | Tschanz, Ann M | VA | 0.22% |
| Ford, Larry | VA | 0.09% | Tucker, Vonne B | VA | 0.12% |
| Forsen, Barbara W | VA | 0.19% | Turnham, Sarah L | VA | 0.07% |
| Foster, Kathryn W | VA | 0.06% | Tyler, Danella L | VA | 0.13% |
| Fotopoulos, Christina L | VA | 0.23% | Upchurch, Shavonnah Y | VA | 0.17% |
| Fountain, Lashonda | VA | 0.06% | Upshur, Latisha M | VA | 0.16% |
| Fredrickson, Kriston B | VA | 0.18% | Vance, Iperlitta M | VA | 0.24% |
| Fuoto, Abby J | VA | 0.08% | Vasquez, Sara | VA | 0.08% |
| Gaglione, Jim-David | VA | 0.60% | Venters, Crystal | VA | 0.09% |
| Galayda, Jennifer | VA | 0.16% | Vickers, Sandra | VA | 0.11% |
| Galford, Stephanie A | VA | 0.10% | Wagner, Lynn | VA | 0.19% |
| Gannon, Wendy F | VA | 0.25% | Wah, Bway | VA | 0.09% |
| Garcia, Erlinda | VA | 0.22% | Wallace, Roslyn R | VA | 0.22% |
| Garcia, Zenaida | VA | 0.09% | Wallace, Terri R | VA | 0.09% |
| Garfman, Nicole S. | VA | 0.02% | Wallace, Tynisha M | VA | 0.19% |
| Garland, Melvin D | VA | 0.11% | Waller, Rebecca | VA | 0.22% |
| Garrett, Pashen J | VA | 0.17% | Walters, Brynna M | VA | 0.16% |
| Garza, Mary S | VA | 0.19% | Ward, Harold E | VA | 0.09% |
| Gathers, Shavel | VA | 0.10% | Ward, Twyla D | VA | 0.24% |
| Gecolea, Merlynda S | VA | 0.22% | Warfield, Sheila | VA | 0.15% |
| Gesford, Ronald R | VA | 0.13% | Watkins-Hill, Tierra | VA | 0.12% |
| Gilliam, Betty J | VA | 0.09% | Watson, Bisceglia S | VA | 0.11% |
| Gobeze, Azieb | VA | 0.10% | Watters, Jodi | VA | 0.05% |
| Goodwyn, Trinette R | VA | 0.06% | Watts, Aileen | VA | 0.06% |
| Gould, Barbara Michele | VA | 0.09% | Weaver, Michael J | VA | 0.24% |
| Gradney, Princess | VA | 0.22% | Webster, Vicki | VA | 0.15% |
| Gray-Rogers, Latoya | VA | 0.04% | Weis, Meagan | VA | 0.01% |
| Greely, Tonya S | VA | 0.15% | Welsch, Iris M | VA | 0.59% |
| Green, Ashanti N | VA | 0.19% | Wheeler, Szilvia | VA | 0.38% |
| Green, Patricia F | VA | 0.09% | White, Arketae D | VA | 0.06% |

# GROOM LAW GROUP

September 22, 2017
Page 10

| | | | | | |
|---|---|---|---|---|---|
| Gregg, Natarcha R | VA | 0.34% | White, Cathy N | VA | 0.36% |
| Griffin-Parker, Lesley | VA | 0.06% | White, Claudette | VA | 0.05% |
| Guarnieri, Leo J | VA | 0.15% | White, Joy N | VA | 0.48% |
| Guyton, George R | VA | 0.03% | White, Teionna | VA | 0.08% |
| Gwaltney, Steve A | VA | 0.21% | Whitehead, Catherine | VA | 0.08% |
| Hall, Margaret A | VA | 0.13% | Whitehead, Willie | VA | 0.08% |
| Hall-Banks, Verna | VA | 0.04% | Whittaker, Thomas C | VA | 0.12% |
| Hammer, Shari L | VA | 0.19% | Wiggins, Amanda O | VA | 0.19% |
| Hand, Faith | VA | 0.18% | Wilkinson, Laura M | VA | 0.19% |
| Harding, Jeannette O | VA | 0.43% | Williams, Fairon L | VA | 0.19% |
| Harrell, L'Tadjah | VA | 0.04% | Williams, Kermit | VA | 0.11% |
| Harrell, Sharon L | VA | 0.11% | Williams, Raymond L | VA | 0.07% |
| Harris, Elizabeth A | VA | 0.34% | Williams, Roger A | VA | 0.06% |
| Harris, Stephanie Y | VA | 0.14% | Williams, Sheila D | VA | 0.05% |
| Hartian, Donna M | VA | 0.27% | Williams, Todd | VA | 0.32% |
| Hautz, Leslie | VA | 0.10% | Williams, Veronica | VA | 0.08% |
| Hayden, Andrea | VA | 0.29% | Williams, Willie | VA | 0.08% |
| Hayden, Khalilah | VA | 0.12% | Wilson, Amy | VA | 0.14% |
| Heath, Courtney | VA | 0.07% | Wilson, Rosalind | VA | 0.07% |
| Hernandez, Inger | VA | 0.07% | Windsor, Jimmy J | VA | 0.99% |
| Hernandez, Jeraline | VA | 0.16% | Wojcieszak, Diane B | VA | 0.21% |
| Hicks, Diedre A | VA | 0.21% | Woodrum, Lauren M | VA | 0.26% |
| Higgins, Elizabeth | VA | 0.11% | Wright, Nicole | VA | 0.30% |
| Hinton, Wadella | VA | 0.12% | Wyche, Shandell L | VA | 0.29% |
| Hoilman, Jennifer | VA | 0.34% | Yates, Alexandra | VA | 0.10% |
| Hollingsworth, William | VA | 0.20% | Zanders, Carmelita M | VA | 0.06% |
| Holloway, Denise | VA | 0.11% | Crespo, Krystle | WA | 0.14% |
| Hooper, Cindy J | VA | 0.11% | Marmo, Katrina | WA | 0.11% |
| Hopkins, Susan E | VA | 0.16% | Nonog, Mayvelyn | WA | 0.32% |
| Horton, Marguerite | VA | 0.36% | Feldbruegge, Charity | WI | 0.15% |
| Howard, Hope L | VA | 0.14% | Simia, Greg A | WI | 1.21% |

GROOM LAW GROUP

September 22, 2017
Page 11

## ATTACHMENT B

| State | Count | Percentage of Settlement |
|-------|-------|--------------------------|
| AL | 1 | 0.13% |
| CO | 1 | 0.11% |
| FL | 9 | 1.88% |
| GA | 1 | 0.04% |
| HI | 1 | 0.58% |
| IL | 1 | 0.06% |
| KY | 2 | 0.34% |
| MI | 1 | 0.08% |
| MO | 2 | 0.30% |
| NC | 14 | 3.04% |
| NM | 1 | 0.31% |
| NY | 1 | 0.11% |
| OR | 1 | 0.21% |
| PA | 2 | 0.56% |
| SC | 3 | 0.39% |
| TX | 5 | 1.80% |
| VA | 479 | 88.11% |
| WA | 3 | 0.58% |
| WI | 2 | 1.36% |
| Total | 530 | 100.00% |