# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

|  |  |
|---|---|
| ARLENE HODGES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 1:16-cv-01079-RDB |
| BON SECOURS HEALTH SYSTEM, INC., et al., | ) |
| Defendants. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND FOR INCENTIVE AWARDS TO NAMED PLAINTIFFS

Plaintiffs Arlene Hodges, Carolyn Miller, and Gary Brown ("Named Plaintiffs"), respectfully move the Court for an Order: (i) approving the negotiated attorneys' fees and expenses to their attorneys Cohen Milstein Sellers & Toll, PLLC ("Class Counsel"), and (ii) granting incentive awards to themselves as class representatives.

Accordingly, for the reasons fully set forth in the accompanying Memorandum, Plaintiffs respectfully ask that the Court GRANT Plaintiffs' Motion and approve $3,500,000 in attorneys' fees and expenses to Class Counsel, and include in that amount incentive awards of $10,000 to each of the Named Plaintiffs.

Dated: October 13, 2017                Respectfully submitted,

                                       COHEN MILSTEIN SELLERS & TOLL PLLC


                                       /s/ Julia Horwitz
                                       Julia Horwitz (MD Bar # 19841)

2281675.1

2

        Karen L. Handorf (admitted *pro hac vice*)
        Mary J. Bortscheller (admitted *pro hac vice*)
        Jamie Bowers (admitted *pro hac vice*)
        1100 New York Avenue, N.W.
        Suite 500
        Washington, D.C. 20005
        Tel: (202) 408-4600
        Fax: (202) 408-4699
        Email: jhorwitz@cohenmilstein.com
        khandorf@cohenmilstein.com
        myau@cohenmilstein.com
        mbortscheller@cohenmilstein.com
        jbowers@cohenmilstein.com

        *Counsel for Plaintiffs*

2

**2281675.1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2017, I electronically filed the Motion for Award of Attorneys' Fees and Reimbursement of Expenses and for Incentive Awards to Named Plaintiffs with the Clerk of Court using the ECF filing system which in turn sent notice to all counsel of record.

/s/        Julia Horwitz
Julia Horwitz

2281675.1